# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Talwani, Indira | U.S. District Court, Massachusetts | 8/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

John J. Moakley U.S. Courthouse
One Courthouse Way, Suite 4710
Boston, MA
02110

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (through 4/30/14) | Segal Roitman, LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/15/2014 | Segal Roitman LLP. Agreement setting sum certain payment for 2014 partnership share. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 8/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Segal Roitman LLP - partnership income | $47,814.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Pyle Rome LLP - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Tuition Management Systems | Tuition for Spring Semester 2014 for Amherst College | None |
| 2. | Arcadia University | Tuition for Fall Semester 2014 | None |
| 3. | Amherst College | Tuition for Spring Semester 2015 | K |
| 4. | Citizens Bank | Credit Card | None |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 8/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds Capital World Growth & Income Fund | B | Dividend | L | T | | | | | |
| 2. American Funds EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 3. American Funds Fundamental Investors Fund | C | Dividend | L | T | | | | | |
| 4. American Funds Growth Fund of America | B | Dividend | K | T | Sold (part) | 05/01/14 | K | | |
| 5. American Funds Investment Company of America Fund | A | Dividend | J | T | | | | | |
| 6. Glenmede Small Cap Equity | A | Dividend | K | T | Buy | 05/02/14 | K | | |
| 7. JP Morgan Large Cap Growth | A | Dividend | K | T | Buy | 05/02/14 | K | | |
| 8. Mainstay ICAP Select Equity Fund | A | Dividend | K | T | | | | | |
| 9. MassMutual RetireSMART Moderate Fund | B | Dividend | | | Sold | 09/29/14 | K | | |
| 10. Royce Pennsylvania Fund | B | Dividend | | | Sold | 05/01/14 | K | | |
| 11. Vanguard Target Ret 2020 | B | Dividend | K | T | Buy | 09/30/14 | K | | |
| 12. Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 13. Yacktman Fund | D | Dividend | L | T | | | | | |
| 14. Beeson, Tayer & Bodine 401K Profit Sharing Plan | B | Dividend | K | T | | | | | |
| 15. Pyle Rome Ehrenberg Retirement Plan | | None | M | T | | | | | |
| 16. Trust #1 | | | | | | | | | |
| 17. - rental property #1, South Orleans, Massachusetts | E | Rent | P2 | W | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 8/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Federated Gov Obl TX Mgd-1 (X) | A | Interest | M | T | | | | | |
| 19. - Massachusetts State General Obligations 12/28/2011 (X) | C | Interest | M | T | | | | | |
| 20. - Federal Farm Credit Bank Bond 11/06/2023 (X) | B | Interest | | | Sold | 05/12/14 | M | | |
| 21. - Federal Farm Credit Bank Bond 06/12/2024 | C | Interest | M | T | Buy | 06/11/14 | M | | |
| 22. - Federal Farm Credit Bank Bond 07/01/2020 (X) | C | Interest | | | Sold | 07/01/14 | M | A | |
| 23. -Federal Farm Credit Bank Bond 07/07/2023 | C | Interest | M | T | Buy | 07/07/14 | M | | |
| 24. - Federal Farm Credit Bank Bond 03/03/2021 | B | Interest | | | Sold | 08/04/14 | M | A | |
| 25. -Federal Farm Credit Bank Bond 08/06/2024 | D | Interest | M | T | Buy | 08/05/14 | M | | |
| 26. -Federal Home Loan Bank 08/07/2023 (X) | C | Interest | | | Sold | 04/22/14 | M | | |
| 27. -Federal Home Loan Bank 06/19/2024 | D | Interest | M | T | Buy | 06/18/14 | M | | |
| 28. -Federate Short-Term Municipal Trust | B | Dividend | M | T | Buy | 03/14/14 | M | | |
| 29. | | | | | Sold (part) | 10/06/14 | J | A | |
| 30. -Loomis Sayles Bond Fund (X) | D | Distribution | M | T | | | | | |
| 31. -Loomis Sayles Inv Grade Bond (X) | D | Distribution | M | T | | | | | |
| 32. -Loomis Sayles Senior | D | Distribution | M | T | Buy | 06/26/14 | M | | |
| 33. | | | | | Buy (add'l) | 07/10/14 | L | | |
| 34. -Disney Walt Co New (X) | B | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 8/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -V.F. Corp. | B | Dividend | L | T | Buy | 09/03/14 | L | | |
| 36. -Anheuser-Busch (X) | B | Dividend | L | T | | | | | |
| 37. -Fomento Econ Mexicano (X) | | | K | T | | | | | |
| 38. -Nestle SA (X) | B | Dividend | K | T | | | | | |
| 39. -Pepsico Inc. (X) | B | Dividend | K | T | | | | | |
| 40. -Procter & Gamble Co (X) | B | Dividend | K | T | Sold (part) | 02/18/14 | K | C | |
| 41. | | | | | Sold (part) | 03/07/14 | J | A | |
| 42. -Anadarko Petroleum Corp (X) | A | Dividend | L | T | Sold (part) | 03/07/14 | J | | |
| 43. -EOG RES Inc. (X) | A | Dividend | K | T | | | | | |
| 44. -ExxonMobil Corp. (X) | B | Dividend | L | T | Sold (part) | 12/02/14 | K | C | |
| 45. -Range Resources Corp. (X) | A | Dividend | K | T | | | | | |
| 46. -American International Group (X) | A | Dividend | L | T | | | | | |
| 47. -Huntington Bancshares Inc. (X) | A | Dividend | K | T | | | | | |
| 48. -PNC Financial Services Group (X) | B | Dividend | L | T | | | | | |
| 49. -US Bancorp New (X) | B | Dividend | L | T | | | | | |
| 50. -Wells Fargo & Co. (X) | B | Dividend | L | T | | | | | |
| 51. -Abbott Labs (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 8/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -AbbVie Inc. (X) | B | Dividend | L | T | Buy (add'l) | 10/14/14 | K | | |
| 53. -Johnson & Johnson (X) | B | Dividend | L | T | | | | | |
| 54. -Merck & Co. Inc. (X) | C | Dividend | L | T | Buy (add'l) | 03/28/14 | J | | |
| 55. -Pfizer Inc. (X) | C | Dividend | L | T | Buy (add'l) | 03/28/14 | J | | |
| 56. -Zeotis Inc. (X) | A | Dividend | L | T | Buy (add'l) | 10/14/14 | K | | |
| 57. -Emerson Elec Co. (X) | B | Dividend | K | T | | | | | |
| 58. -General Electric Corp. (X) | C | Dividend | L | T | | | | | |
| 59. -Hexcel Corp. (X) | | | L | T | | | | | |
| 60. -Union Pac Corp. (X) | B | Dividend | L | T | | | | | |
| 61. -United Parcel Service | B | Dividend | L | T | Buy | 12/02/14 | L | | |
| 62. -Adobe Sys Inc. (X) | | | M | T | | | | | |
| 63. -Apple Inc. (X) | B | Dividend | L | T | | | | | |
| 64. -Check Point Software Tech (X) | | | L | T | | | | | |
| 65. -Cognizant Technology Solutions (X) | | | K | T | | | | | |
| 66. -Google Inc. (X) | | | L | T | | | | | |
| 67. -Microsoft Corp. (X) | B | Dividend | L | T | | | | | |
| 68. -Synchronoss Technologies | | | K | T | | Buy | 03/28/14 | K | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 8/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Cytex Industries Inc. (X) | A | Dividend | K | T | | | | | |
| 70. -FMC Corp. (X) | A | Dividend | K | T | | | | | |
| 71. -Praxair Inc. (X) | B | Dividend | L | T | | | | | |
| 72. -Verizon Communications (X) | B | Dividend | L | T | | | | | |
| 73. -NextEra Energy Inc. (X) | B | Dividend | L | T | Sold (part) | 06/16/14 | K | D | |
| 74. -iShares Core S&P Small-Cap ETF (X) | A | Dividend | L | T | | | | | |
| 75. -iShares Nasdaq BiotechETF (X) | A | Dividend | K | T | | | | | |
| 76. -Wisdomtree Japan (X) | A | Dividend | K | T | | | | | |
| 77. -Roche Hodg Ltd | B | Dividend | | | Buy | 02/18/14 | L | | |
| 78. | | | | | Sold (part) | 03/07/14 | J | | |
| 79. | | | | | Buy (add'l) | 06/16/14 | K | | |
| 80. | | | | | Sold | 10/14/14 | L | | |
| 81. -UBS AG | A | Dividend | | | Buy | 02/18/14 | L | | |
| 82. | | | | | Sold | 09/03/14 | K | | |
| 83. -AT&T (X) | A | Dividend | | | Sold | 02/18/14 | K | D | |
| 84. -Burberry Group (X) | A | Dividend | | | Sold | 03/28/14 | K | | |
| 85. -Cisco Systems Inc. (X) | A | Dividend | | | Sold | 03/28/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 8/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ford Motor Co. (X) | A | Dividend | | | Sold | 03/28/14 | K | D | |
| 87. -Parker Hannifin (X) | A | Dividend | | | Sold | 10/14/14 | K | A | |
| 88. -Sanofi Spons (X) | B | Dividend | | | Sold | 12/04/14 | K | | |
| 89. -Schlumberger Ltd (X) | A | Dividend | | | Sold | 12/02/14 | L | D | |
| 90. -Travelers Companies Inc. (X) | A | Dividend | | | Sold (part) | 03/07/14 | J | A | |
| 91. | | | | | Sold | 03/28/14 | K | D | |
| 92. -Mathews Asia Dividend-Ins (X) | A | Dividend | | | Sold | 03/28/14 | L | | |
| 93. -iShares MSCI Pacific Ex-Japan ETF (X) | A | Dividend | | | Sold | 02/18/14 | K | D | |
| 94. Trust #2 | | | | | | | | | |
| 95. - rental property #2, Cotuit, Massachusetts | F | Rent | P1 | W | | | | | |
| 96. - Citizens Bank checking account | A | Interest | J | T | | | | | |
| 97. Citizens Bank cash accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 8/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Line 15: Neither my husband nor I have ownership in or control of the underlying assets in the fund listed in Line 15. No individual dividends are credited to the account. The value of the fund is adjusted quarterly.

Part VII. Lines 16 - 93. Line 16 is a header for lines 17-93. My husband and our children are beneficiaries of Trust #1. Trust #1 was not set up by my husband, me or our children, and we have no control over the assets or income of the trust. The assets of the trust are the property listed in line 17 and the holdings listed in lines 18-92. The individual assets were not separately reported in my initial disclosures as we had no knowledge of the individual holdings prior to my appointment. We still have no control over the assets or income of the trust, but I have now obtained the information to list these assets individually in lines 17 - 93. My household's beneficiary interest in the assets of the trust is 5.5% of the value indicated in Column C.

Part VII. Lines 94 - 96. Line 94 is a header for lines 95-96. My husband is a beneficiary and trustee of Trust #2. The sole assets of Trust are the property listed in line 95 and the checking account listed in line 96. My husband's beneficiary interest is 20% of the value indicated in Column C.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Indira Talwani**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544